IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE BUDD | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| PHILADELPHIA POLICE OFFICERS | : | |
| NICOLETTI AND MARKOWSKI | : | NO. 13-3344 |

**CIVIL JUDGMENT**

Before the Honorable M. Faith Angell

    AND NOW, this 24th day of April, in accordance with the verdict of the jury

    IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendants.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By Email:
Patrick G. Geckle, Esq.          pgeckle@pgglaw.com
Niya L. Blackwell, Esq.          niya.blackwell@phila.gov
Michael R. Miller, Esq.          michael.r.miller@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE BUDD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA POLICE OFFICERS NICOLETTI AND MARKOWSKI | : | NO. 13-3344 |

## JURY VERDICT SHEET

**Question 1(A):** Has Plaintiff Lawrence Budd proved, by a preponderance of the evidence, that one or more of the Defendant police officers identified below used excessive force against him?

Police Officer Richard Nicoletti  _____ YES  ✓ NO
Police Officer Ed Markowski  _____ YES  ✓ NO

(IF YOUR ANSWER TO QUESTION 1(A) IS "NO" AS TO BOTH DEFENDANT OFFICERS, PLAINTIFF LAWRENCE BUDD CANNOT RECOVER. DO NOT ANSWER ANY FURTHER QUESTIONS. YOUR JURY DELIBERATIONS ARE COMPLETE. PLEASE SIGN AND DATE THIS PAGE AND RETURN TO THE COURTROOM TO RECORD YOUR VERDICT.
IF YOU ANSWERED QUESTION 1(A) "YES" AS TO ONE OR BOTH DEFENDANT OFFICERS, PROCEED TO QUESTION 1(B) BELOW).

**Question 1(B):** For those Defendant Police Officer(s) who you have found used excessive force against Plaintiff Lawrence Budd, did Plaintiff prove, by a preponderance of the evidence, that the use of excessive force caused harm to him?

_____ YES  _____ NO

(IF YOUR ANSWER TO QUESTION 1(B) IS "NO," PLAINTIFF LAWRENCE BUDD WILL BE AWARDED NOMINAL DAMAGES OF $1.00. YOUR JURY DELIBERATIONS ARE COMPLETE. PLEASE SIGN AND DATE THE BOTTOM OF THIS PAGE AND RETURN TO THE COURTROOM TO RECORD YOUR VERDICT.
IF YOUR ANSWER TO QUESTION 1(B) IS "YES," PLEASE PROCEED TO QUESTION 2 BELOW.)

**Question 2:** What is the amount of compensatory damages which have been proved, by a preponderance of the evidence, by Lawrence Budd?

$ _____

(YOUR JURY DELIBERATIONS ARE COMPLETE. PLEASE SIGN AND DATE THE BOTTOM OF THIS PAGE AND RETURN TO THE COURTROOM TO RECORD YOUR VERDICT.)

Signature of foreperson: _[signature]_

Date: 4/24/14